IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BARBARA TEASLEY and<br>PATSY McFALLS,<br><br>    Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION;<br>TOYOTA MOTOR NORTH AMERICA,<br>INC.; TOYOTA MOTOR ENGINEERING<br>& MANUFACTURING NORTH<br>AMERICA, INC; TOYOTA MOTOR<br>SALES, USA, INC.; ZF ACTIVE SAFETY<br>AND ELECTRONICS US, LLC; ZF<br>PASSIVE SAFETY SYSTEMS USA, INC.;<br>TRW AUTOMOTIVE, INC.; ZF TRW<br>AUTOMOTIVE HOLDINGS, CORP.; ZF<br>NORTH AMERICA, INC.; ZF HOLDINGS,<br>B.V.; ZF FRIEDRICHSHAFEN, A.G.;<br>STMICROELECTRONICS N.V.;<br>STMICROELECTRONICS<br>INTERNATIONAL, N.V.; and<br>STMICROELECTRONICS, INC.<br><br>    Defendants. | Civil Action No:<br>4:22-cv-00049-JPB |

**TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE <u>RESPOND TO PLAINTIFFS' COMPLAINT</u>**

Defendant Toyota Motor Engineering & Manufacturing North America, Inc.

("TEMA"), by and through its undersigned counsel, respectfully moves this Court

for an extension of time of thirty (30) days to answer, move against, or otherwise respond to Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 6(b). the filing of this motion is for the limited purpose of seeking the extension and not for the purposes of appearing. Plaintiffs do not oppose this motion.

In support of this motion, TEMA shows the Court as follows:

1. Plaintiffs commenced this action in the Northern District of Georgia on February 23, 2022.

2. TEMA was served with the Summons and Complaint on April 22, 2022. Accordingly, the time within which TEMA must answer or otherwise respond to Plaintiffs' Complaint has not yet expired.

3. Counsel for TEMA requested, and counsel for Plaintiffs agreed, that TEMA may have up to and including June 13, 2022 to file an answer or otherwise respond to Plaintiffs' Complaint, subject to the Court's approval.

4. An extension of time is necessary for TEMA's counsel to investigate the facts of this complex product liability case, and to properly respond to the factual allegations in Plaintiffs' Complaint.

5. This request is made in good faith and not for the purpose of delay.

6. The deadline for TEMA to answer or otherwise respond to Plaintiffs' Complaint has not been previously extended.

WHEREFORE, for good cause shown and after consultation with Plaintiffs' counsel, TEMA respectfully requests that the Court enter an Order granting a thirty (30) day extension of time within which TEMA may answer, move against, or

otherwise respond to Plaintiffs' Complaint, up to and including June 13, 2022. A proposed Order is attached.

Respectfully submitted, this 11th day of May, 2022.

                                      KING & SPALDING LLP

                                      **/s/ Harold E. Franklin, Jr.**
                                      Harold E. Franklin, Jr.
                                      Georgia State Bar No. 273416
                                      Anneke J. Shepard
                                      Georgia State Bar No. 545247

| | |
|---|---|
| 1180 Peachtree Street, N.E. | ATTORNEYS FOR DEFENDANT |
| Atlanta, Georgia  30309 | TOYOTA MOTOR ENGINEERING & |
| TEL  404/572-4600 | MANUFACTURING NORTH |
| FAX  404/572-5100 | AMERICA, INC. |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.1(D) of the Local Rules of the Northern District of Georgia, the undersigned hereby certifies that the foregoing was prepared in a font and point selection approved by this Court and authorized by Local Rule 5.1(B).

This 11th day of May, 2022.

                                       **/s/ Harold E. Franklin, Jr.**
                                      Harold E. Franklin, Jr.
                                      Georgia Bar No. 273416

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to any attorneys of record.

I hereby certify that on this date I mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

None.

This 11th day of May, 2022.

/s/ **Harold E. Franklin, Jr.**
Harold E. Franklin, Jr.
Georgia Bar No. 273416
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
TEL 404/572-4600
FAX 404/572-5100

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| BARBARA TEASLEY and ) <br> PATSY McFALLS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TOYOTA MOTOR CORPORATION; ) <br> TOYOTA MOTOR NORTH AMERICA, ) <br> INC.; TOYOTA MOTOR ENGINEERING ) <br> & MANUFACTURING NORTH ) <br> AMERICA, INC; TOYOTA MOTOR ) <br> SALES, USA, INC.; ZF ACTIVE SAFETY ) <br> AND ELECTRONICS US, LLC; ZF ) <br> PASSIVE SAFETY SYSTEMS USA, INC.; ) <br> TRW AUTOMOTIVE, INC.; ZF TRW ) <br> AUTOMOTIVE HOLDINGS, CORP.; ZF ) <br> NORTH AMERICA, INC.; ZF HOLDINGS,) <br> B.V.; ZF FRIEDRICHSHAFEN, A.G.; ) <br> STMICROELECTRONICS N.V.; ) <br> STMICROELECTRONICS ) <br> INTERNATIONAL, N.V.; and ) <br> STMICROELECTRONICS, INC. ) <br> ) <br> Defendants. ) | Civil Action No: <br> 4:22-cv-00049-JPB |

**[PROPOSED] ORDER GRANTING TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA, INC.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFFS' COMPLAINT**

Upon consideration of Toyota Motor Engineering & Manufacturing North America, Inc.'s ("TEMA") unopposed motion, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

(1) TEMA's motion for an extension of time is GRANTED.

(2) TEMA has an additional thirty (30) days, up to and including June 13, 2022, to answer, move against, or otherwise respond to Plaintiffs' Complaint.

**IT IS SO ORDERED this \_\_\_ day of May, 2022.**

_____
HON. J.P. BOULEE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA